UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA JORDAN et al.,<br>Plaintiffs,<br>v.<br>JAGUAR LAND ROVER NORTH AMERICA, LLC et al.,<br>Defendants. | CASE NO. 5:25-cv-02776-JLS-PD<br><br>**JUDGMENT** |

Pursuant to Defendant Jaguar Land Rover North America's ("JLRNA's") Rule 68 Offer of Judgment, which was accepted by Plaintiffs Briana Jordan and Nathaniel Jordan ("Plaintiffs"), (Offer of Judgment, Doc. 23), the Court ORDERS, ADJUDGES, and DECREES that judgment is entered on the following terms:

(1) With respect to Plaintiffs' 2023 Land Rover Range Rover with VIN SALYT2EX6PA357353 ("Subject Vehicle"), JLRNA will pay $245,000.00 to Plaintiffs and their lender, if any, in return for which Plaintiffs shall surrender the Subject Vehicle with clear title to JLRNA.;

(2) JLRNA will perform its obligations within 60 days of receipt of acceptance, current registration, payment history, completed ACH payment form and payoff on

a mutually agreeable date and location, with Plaintiffs returning the Subject Vehicle to a mutually agreeable authorized JLRNA dealership and, on or before that same date, executing all required California Department of Motor Vehicle forms, including but not limited to, DMV Form 262, necessary to transfer title of the Subject Vehicle to JLRNA free and clear of all liens and encumbrances, and JLRNA providing Plaintiffs and their lender, if any, with the payment necessary to obtain clear title for the Subject Vehicle.

(3) JLRNA will pay Plaintiffs' attorney's fees, expenses and costs reasonably incurred in connection with the commencement and prosecution of this action. Plaintiffs shall be entitled to file a single noticed motion, that is timely filed in accordance with Federal Rule of Civil Procedure 54(d), seeking reasonable attorney's fees, expenses and costs in an amount to be determined by the Court. For purposes of an award of attorneys' fees, expenses and costs, Plaintiff shall be deemed the prevailing party.

Dated: October 26, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE